[No. 32658-9-I.    Division One.    July 5, 1994.]

RONALD L. RISMON, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-22306-6, Norma Smith Huggins, J., entered
March 23, 1993. *Affirmed* by unpublished opinion per Web-
ster, C.J., concurred in by Coleman and Agid, JJ. Now
published at 75 Wn. App. 289.

[No. 31962-1-I.    Division One.    July 5, 1994.]

*In the Matter of Sentencing of* KEITH HOWARD.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01181-1, Jo Anne Alumbaugh, J., entered
June 28, 1993. *Vacated in part* by unpublished per curiam
opinion.

[No. 32036-0-I.    Division One.    July 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL
MANUEL GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04536-9, James D. McCutcheon, Jr., J.,
entered December 24, 1992. *Affirmed as modified* by unpub-
lished opinion per Scholfield, J., concurred in by Pekelis,
A.C.J., and Coleman, J.